In the Matter of the Assignment of GIRARD N. WHITNEY
to BAYARD L. PECK, Appellant, for the Benefit of
Creditors.

DUDLEY S. HARDE et al., Respondents.

*Matter of Whitney,* —— App. Div. ——, appeal dismissed.
(Argued May 31, 1911; decided June 6, 1911.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the first judicial department,
entered April 21, 1911, which affirmed an order of Special
Term adjudging that the respondents are entitled to
prove their claim against the assigned estate.

*Daniel Burke* and *Harold G. Aron* for appellant.

*Charles F. Brown* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER,
WILLARD BARTLETT, CHASE and COLLIN, JJ.